

FILED
DEC 17 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

U S District Court Southern District of West Virginia

2:03-2481

Tammy M Stone Plaintiff
v
Douglas Wendel Antrip, Lisa Farrell (sister), Dennis Antrip, Mary Ann Antrip

    Douglas Antrip had been bringing me to Wal Mart just below the jail so I would be right at home. He and his family knew every step planned even an Inmate Galloway having the (female-Black) Correctional Officers and Booking treat me bad trying to force me to pay a Bootlegger (alcohol cigarettes) Alfred Bailey 1545½ Washington St. East Charleston WV $700.00 to get out and I don't have winter clothes, coat, nothing --- Alfred Bailey pays off the Police. State Police, Kanawha County Sheriffs Department, Charleston City Police Department some of my things are in the top apartment one home, but not anything winter just rags to clean in and Douglas Antrip wouldn't go get any of them for me, Glassburn threatened to throw my things away, Doug Artrip took my jewelry for them. Took $600 I had

-1-

for a vehicle in 97 and almost never paid it back.

Inmate Galloway deals in Crack Cocaine and wanted to go tell Alfred Bailey I was in jail to get me out. He already knew, the court had his # when I filed for court orders, etc for my things the Sheriffs Department never replied to. Caused me to become incarcerated. Alfred Bailey wants to take everything someone has and then some.

After receiving the Order to proceed in forma Pauperis signed by Judge Charles H. Haden II the jail come down on me hard. If they could put a Bullet in my head (Doug Artrip demanded I forged about John Jay Farley Junior shot) the jail would, they all know Doug Artrip.

Sammy M Stone
Plaintiff.

Thats why I'm requesting $200,000.00 each from everyone due to the fact they are costing me my life and my life is very valuable and my animals lives is worth 1 million each.

-2-